

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO DE JESUS-JUARES | 25 CR 469<br><br>Violation: Title 8, United States Code, Section 1326(a) |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about June 18, 2025, at Woodstock, in the Northern District of Illinois, Eastern Division,

ANTONIO DE JESUS-JUARES,

defendant herein, an alien who previously had been deported and removed from the United States on or about August 11, 2016, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON